IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

FRED LEWIS WILSON,

    Plaintiff,

v.

C/O J. HALL,

    Defendant.

Case No. 7:09CV00503

ORDER

By: Glen E. Conrad
United States District Judge

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that for lack of cause shown, plaintiff's motion for preliminary injunction (Dkt. No. 18) is **DENIED**.

ENTER: This 1st day of March, 2010.

_____
United States District Judge