CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 20 2010

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| FRED LEWIS WILSON, | ) |
| Plaintiff, | ) Case No. 7:09CV00503 |
| v. | ) **FINAL ORDER** |
| C/O J. HALL, | ) By: Glen E. Conrad |
| | ) United States District Judge |
| Defendant. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the defendant's motion for summary judgment (Dkt. No. 21) is **GRANTED**, the plaintiff's motion for summary judgment (Dkt. No. 19) is **DENIED,** and this action is stricken from the active docket of the court.

ENTER: This 20th day of May, 2010.

/s/ Glen E. Conrad
United States District Judge